UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-357-MOC-WCM

| | |
|---|---|
| PALMETTO AIR & WATER BALANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCHER WESTERN CONTRACTORS, LLC and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | ORDER |

This matter comes before the Court on Defendants' Consent Motion to Stay Action so that the parties may litigate certain claims in a separate action. (Doc. No. 18).

For the reasons stated in Defendants' motion, and with Plaintiff's consent, the Court hereby **STAYS** this action until March 11, 2022, or until the parties otherwise notify the Court that the stay may be lifted before that date.

Signed: March 24, 2020

Max O. Cogburn Jr.
United States District Judge